**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Rodolfo CERVANTES–MALDONADO, Defendant—Appellant.**

**No. 09–10263.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.\*

Filed April 15, 2010.

Josh Patrick Parecki, Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

David Eisenberg, I, Esquire, David Eisenberg, PLC, Phoenix, AZ, for Defendant–Appellant.

---

\* *See* Fed. R.App. P. 34(a)(2).

Rodolfo Cervantes–Maldonado, Florence, AZ, pro se.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Rodolfo Cervantes–Maldonado appeals from his guilty-plea conviction and 46–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cervantes–Maldonado's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Cervantes–Maldonado the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).